FILED
ASHEVILLE, NC

JUN 03 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:25CR-34-MR-WCM |
| v. | BILL OF INDICTMENT |
| | Violations: |
| CLIFFORD PATRICK MCCANLES | 18 U.S.C. § 922(g)(1) |

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about January 26, 2025, in Yancey County, within the Western District of North Carolina and elsewhere, the defendant,

CLIFFORD PATRICK MCCANLES

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms in and affecting commerce, those being, a Springfield Armory USA, model XD92, 9mm pistol, a Taurus, model 605 Protector Poly, .357 magnum caliber revolver, and a Browning Arms Company, model BDA-380, .380 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One (1) Springfield Armory USA, model XD92, 9mm pistol;

b. One (1) Taurus, model 605 Protector Poly, .357 magnum caliber revolver; and

c. One (1) Browning Arms Company, model BDA-380, .380 caliber pistol, all seized during the investigation.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

ANNABELLE M. CHAMBERS
SPECIAL ASSISTANT UNITED STATES ATTORNEY